UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE ROBERSON,

              Petitioner,

    v.

JASON SCHULTZ,

              Respondent.

Case No.  2:26-cv-2003-JDP (P)

ORDER

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief.  His petition appears to be untimely and unexhausted, however.  Out of an abundance of caution, I will grant petitioner an opportunity to amend his petition and explain why it should proceed.  I will also grant his application to proceed *in forma pauperis*, ECF No. 2.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition appears defective in two ways.  First, petitioner is attacking a conviction that was finalized in 2008, ECF No. 1 at 1, and, thus, appears well beyond the Anti-Terrorism and

1

Effective Death Penalty Act's one-year statute of limitations. 28 U.S.C. § 2244(d)(1). Second, the petition does not indicate, as it must, that the claims therein were presented to the highest state court, here the California Supreme Court, before this action was filed. *See Rose v. Lundy*, 455 U.S. 509, 522 (1982).

Before I recommend that this action be dismissed, I will offer petitioner a chance ot amend and explain why, if at all, it should proceed.

Accordingly, it is ORDERED that:

1.      Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

2.      The petition, ECF No. 1, is DISMISSED with leave to amend.

3.      Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

4.      Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5.      The Clerk of Court shall send petitioner a habeas petition form and with this order. If he files an amended complaint, he must use this form.

IT IS SO ORDERED.


Dated:     June 9, 2026     

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2