UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE LONNELL ROBERSON,

Petitioner,

v.

JASON SCHULTZ,

Respondent.

Case No. 2:26-cv-2003-JDP (P)

ORDER; FINDINGS AND RECOMMENDATIONS

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief on June 1, 2026. ECF No. 1. After review of the initial petition, I found that the claims appeared time-barred insofar as they stemmed from a 2008 conviction, and also unexhausted, because petitioner had not presented his claims to the California Supreme Court. ECF No. 4. I gave petitioner leave to amend, and he has filed an amended petition, ECF No. 7. After review of that petition, I find that the same deficiencies remain, and I now recommend that this action be dismissed as untimely and unexhausted.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the

petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Petitioner has failed to address the issue of timeliness. His initial petition plainly indicated that his conviction occurred in 2008. ECF No. 1 at 1. The amended petition does not address this issue, save to leave the "date of judgment of conviction" space blank. ECF No. 7 at 1. Thus, I conclude that the petition is time-barred by the one-year statute of limitations. 28 U.S.C. § 2244(d)(1). Additionally, the amended petition does not indicate that petitioner exhausted his claims. Petitioner states that he filed an action in the Ninth Circuit, *id.* at 3, but does not state that he submitted his claims to the highest state court. *See Rose v. Lundy*, 455 U.S. 509, 522 (1982). I have already afforded petitioner an opportunity to address these deficiencies, and he has failed to do so.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that the amended petition, ECF No. 7, be DISMISSED without leave to amend as untimely and unexhausted.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: July 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE