UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br>Petitioner,<br>v.<br>JASON SCHULTZ,<br>Respondent. | Case No. 2:26-cv-2003-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2026, ECF No. 8, are adopted in full;
2. The amended petition, ECF No. 7, is DISMISSED without leave to amend as untimely

and unexhausted;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: October 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE